June 9, 1911.) Action by John Kascsak against the Central Railroad Company of New Jersey.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 118 App. Div. 894, 103 N. Y. Supp. 1130; 135 App. Div. 721, 119 N. Y. Supp. 609.

JENKS, P. J., and BURR, J., dissent.

KATZ, Respondent, v. J. A. BURNS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Philip Katz against the J. A. Burns Company. G. Lange, Jr., for appellant. A. A. Feinberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLEY, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by John L. Kelley against the New York State Railways.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence, and that the plaintiff was guilty of contributory negligence as matter of law.

KELLY, Appellant, v. NATIONAL STARCH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Charles Kelly against the National Starch Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 142 App. Div. 286, 126 N. Y. Supp. 979.

KRUSE, J., dissents.

In re KENNEDY'S ESTATE. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) In the matter of the estate of Dr. David Kennedy, deceased. No opinion. Motion denied. See, also, 128 N. Y. Supp. 626.

KIENLE PRESS v. OUTCAULT. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the Kienle Press against Richard F. Outcault. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) In the matter of the estate of Mary Killan, deceased. No opinion. Decree affirmed, with costs and disbursements against the appellant personally.

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) In the matter of the estate of Mary Killan, deceased. No opinion. Motion for reargument denied, with $10 costs. See, also, supra.

In re KIMBALL. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of the application of Harry G. Kimball for admission to the bar. No opinion. Application granted.

In re KING'S ESTATE. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) In the matter of the Estate of Emma L. King, deceased.

PER CURIAM. Order of the Surrogate's Court of the county of Queens modified, by inserting a provision requiring the filing of a bond, conditioned and approved as required by section 2723 of the Code of Civil Procedure, and, as modified, affirmed, without costs. Proceedings remitted to said court for disposition accordingly.

KIRSCHBAUM et al., Respondents, v. HEALD, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Simon Kirschbaum and others, as executors, etc., of Moses May, deceased, against John O. Heald. No opinion. Judgment and order affirmed, with costs.

KISSEL, Appellant, v. McGONIGLE, Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by John R. Kissel against Daniel McGonigle. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

In re KLEIN. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of William Klein, an attorney. No opinion. Application granted, and respondent disbarred. Settle order on notice.

KLEIN, Respondent, v. GRAHAM, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Ophelia C. Klein against Corden T. Graham, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

KLENCKE, Respondent, v. DOREMUS, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Emma R. Klencke against Kathryne G. Doremus. No opinion. Judgment affirmed, with costs.

KLIGER v. ROSENFELD (two cases). (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Max Kliger against Samuel Rosenfeld. With these cases have been consolidated in this court cases bearing titles as follows: Max Kliger v. Samuel Rosenfeld; Otto Koehler v. Chas. T. Wilson; Dean G. Edwards v. New Jersey & Hudson R. Co. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 129 N. Y. Supp. 782.

KLINGBEIL v. PUBLIC BANK. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Bernard